**FILED**

10/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION
OF DEVON T. MONGELUZZI

O R D E R



FILED
OCT 1 1 2022
Bowen Greenwood
Clerk of Supreme Court
State of Montana

Devon T. Mongeluzzi has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Mongeluzzi's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule VII.A.9, Rules of Admission.

Mongeluzzi passed the MPRE in 2014 when seeking admission to the practice of law in the State of California. The petition states that Mongeluzzi has been practicing law "without any ethical or disciplinary issues" since 2015. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Devon T. Mongeluzzi to waive the three-year test requirement for the MPRE for purposes of Mongeluzzi's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 11 day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
　　　　　　Justices